IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Carolyn Jones, | ) | C/A No.: 3:11-2385-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| South University, | ) | |
| | ) | |
| Defendant. | ) | |

This action was filed by Plaintiff on September 7, 2011. [Entry #1]. Pursuant to the second amended scheduling order entered on June 4, 2012, discovery was to be completed (not just requested) by August 13, 2012, with dispositive motions, if any, to be filed by no later than October 12, 2012. [Entry #19]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

October 15, 2012                                 Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge